1 | DARRELL D. DENNIS, ESQ.
Nevada Bar No. 6618
2 | MICHAEL E. TALBOT, ESQ
Nevada Bar No. 3827
3 | **LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
4 | Las Vegas, Nevada  89118
Telephone:  (702) 893-3383
5 | Fax:  (702) 893-3789
E-Mail: dennis@lbbslaw.com
6 | E-Mail: talbot@lbbslaw.com
*Attorneys for GEICO General Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ERICKSON, an individual,, | CASE NO.: 2:11-cv-01164-KJD-PAL |
| Plaintiff, | |
| v. | |
| GEICO GENERAL INSURANCE COMPANY and DOES I-X and ROES I-X, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Plaintiff James Erickson and Defendant GEICO General Insurance Company, by and through their respective counsel of record, that the above entitled action against Defendant shall be dismissed, with

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

prejudice, each party to bear its own costs and attorneys' fees.

Dated this 13th day of September, 2011.        Dated this 6th day of September, 2011.

LEWIS BRISBOIS BISGAARD & SMITH LLP        HANRATTY LAW GROUP

_____          _____
Darrell D. Dennis, Esq.                    Kevin M. Hanratty, Esq.
Nevada Bar No. 6618                        Nevada Bar No. 7734
Michael E. Talbot, Esq.                    500 S. Ranch Drive, Suite A
Nevada Bar No. 3827                        Las Vegas, NV  89106
6385 S. Rainbow Blvd. Suite 600            *Attorneys for Plaintiff James Erickson*
Las Vegas, Nevada  89118
*Attorneys for Defendant GEICO General Insurance Company*

### ORDER

Based upon the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-entitled action against Defendant is hereby dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 4th day of October, 2011.

_____
United States District Judge

Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
DARRELL D. DENNIS, ESQ.
Nevada Bar No. 6618
MICHAEL E. TALBOT, ESQ
Nevada Bar No. 3827
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada  89118
Telephone:  (702) 893-3383
Fax:  (702) 893-3789
E-Mail: dennis@lbbslaw.com
E-Mail: talbot@lbbslaw.com
*Attorneys for GEICO General Insurance Company*